IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00728-PAB

WINE MASTER CELLARS, LLLP,
a Colorado limited liability limited partnership,

    Plaintiff,

v.

VANK, INC., a California corporation, d/b/a Creative Creations USA, and
MKRTICH TER-MINASYAN, an individual,

    Defendants.
_____

**ORDER**
_____

This matter is before the Court *sua sponte*. The complaint in this action was filed on March 30, 2010. *See* Docket No. 1. Pursuant to Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *See* Fed. R. Civ. P. 4(m) ("But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."). There is no indication on the docket that plaintiff has served defendants with the complaint. On December 6, 2010, the Court ordered plaintiff to show cause on or before Friday, December 17, 2010 why this case should not be dismissed pursuant to Rule 4(m). *See* Docket No. 6. Plaintiff filed nothing in response. Therefore, it is

    **ORDERED** that this case is dismissed pursuant to Federal Rule of Civil

Procedure 4(m).

DATED December 20, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge